UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLIDAY OLJII ANNA PEDOTTI II,

              Plaintiff,

-against-

BETH ISRAEL MEDICAL CENTER; F.D.A. FOOD & DRUG ADMINISTRATION; and SOCIAL SECURITY ADMINISTRATION,

              Defendants.

Case No. 24-cv-02306 (JLR)

BAR ORDER UNDER
28 U.S.C. § 1651

JENNIFER L. ROCHON, United States District Judge:

Plaintiff filed this action *pro se*. On April 16, 2024, the Court dismissed the action as frivolous, noted that Plaintiff had filed at least six other cases dismissed as frivolous, and ordered Plaintiff, within thirty days, to show cause by declaration why she should not be barred from filing any further civil actions in this Court without prior permission. ECF No. 6. Plaintiff submitted a declaration on April 16, 2024, ECF No. 7, but her arguments against imposing the bar order are insufficient. Accordingly, the bar order will issue.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is respectfully directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court also directs the Clerk of Court to provide Plaintiff a copy of this order should she appear at the court's Pro Se Intake Unit window.

SO ORDERED.

Dated:   April 18, 2024
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge